**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MONTREZS LEWIS #07741-003,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION 17-00317-KD-N** |
| | : | |
| **CHARLES RATLEDGE,** | : | |
| **Respondent.** | : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated October 19, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Docs. 1, 3) is **DISMISSED** for lack of jurisdiction and that Petitioner is not entitled either to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **9**[th] day of **November 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**